IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  12-cv-01072-WYD-CBS

DORRY HAMEL,

    Plaintiff,

v.

SILVERMAN & BORENSTEIN, PLLC,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation to Dismiss Case With Prejudice filed September 25, 2012.  After a careful review of the Stipulation and the file, it is

ORDERED that the Stipulation to Dismiss Case with Prejudice (ECF No. 16) is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each side to bear their own fees and costs.

Dated:  September 26, 2012

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge